# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>HECTOR A. RIOS, et al.,<br><br>    Defendants. | 1:10cv01207 AWI DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Document 37)<br><br>TWENTY-ONE (21) DAY DEADLINE |

   Plaintiff Christian Williams, a federal prisoner proceeding pro se and in forma pauperis, filed this civil rights action on July 6, 2010. On March 13, 2013, Defendants filed a motion for summary judgment. Plaintiff did not file an opposition or a statement of non-opposition to the motion. Local Rule 230(l).

   Accordingly, it is HEREBY ORDERED that:

   1.   Plaintiff shall file an opposition or a statement of non-opposition to the motion within twenty-one (21) days from the date of service of this order; and

   2.   Plaintiff is warned that the failure to comply with this order will result in a decision on the motion for summary judgment without consideration of an opposition.

IT IS SO ORDERED.

   Dated:   **April 12, 2013**         /s/ *Dennis L. Beck*
                              UNITED STATES MAGISTRATE JUDGE

1